UNITED STATES DISTRICT COURT    ‑ 0 8 ‑ 6 0 ‑ ‑
DISTRICT OF DELAWARE

JANUARY 28,2008

SYLVER L. BROOKS
        PLAINTIFF
        V.

QUINN&QUINN ATTORNEYS AT LAW
MICHAEL P. QUINN,ESQUIRE
DEFENDANT(S)                                    JURY TRAIL REQUESTED


## COMPLAINT

I, PLAINTIFF, SYLVER L. BROOKS, WHO RESIDES AT 46 COURT DRIVE #B.
WILMINGTON, DELAWARE.


ON SEPTEMBER 2, 2004. I NOTICED A CRACK IN MY LIVINGROOM CEILING. I
IMMEADITILY WROTE


MY LANDLORD, VLADIMIRE KARPOV, WHO RESIDES AT 482 W.CHESNUT STREET.
NEWARK DELAWARE


I SENT HIM THREE LETTERS SEPTEMBER 2, SEPTEMBER 16, SEPTEMBER 30TH.
(DOCUMENTS ENCLOSED).
# 1

MR. KARPOV DIDN'T RESPOND TO ANY OF MY LETTERS TO REPAIR MY CEILING.IN THE
SEPT.30TH LETTER,


..., I TOLD HIM THAT IF HE DDIN'T REPAIR MY CEILING, WITHIN FOURTEEN DAYS, I
WOULD


REPORT IT TO THE ATTORNEY GENERAL OFFICE.WHICH HANDLES LANDLORD TENDANT
PROBLEMS.


ON OCTOBER 11, 2004. MY CEILING COLLAPSED. I WAS INJURED. MY INJURIES WERE
PAINFUL AND SUBSTANTIAL AND EXTREMELY PAINFUL. I NEED VERY STRONG
MEDICATION.

THIS MEDICATION HAS THE PROPENSITY TO BE ADDICTIVE.
YET, MY PAIN WAS VERY INTENSE, AND I HAD TO TAKE THE CHANCE.(DOCUMENT#9
ENCLOSED.

ON NOVEMBER 12,2004. I, DECIDED TO ENGAGE MR. MICHAEL P. QUINN
ESQUIRE, TO REPRESENT ME. MICHEL P. QUINN IS AN ATTORNEY AT QUINN &
QUINN ATTY.

AT LAW. THEIE OFFICE IS LOCATED AT 100 S. BROAD STREET SUITE
1434.PHILADELPHIA.PA. 19110.MR. QUINN SENT A LETTER SAYING HIS FIRM
WOULD REPRESENT ME(Document#8

. HE ALSO SENT A CONTRACT STATING THE TERMS OF OUR CONTRACT.
.(DOCUMENTS ENCLOSED) MR. QUNNN ALSO OFFERD TO SEND A LETTER OF
PROTECTION #7

FOR MY MEDICAL SERVICES(DOCUMENT ENCLOSED) THE LETTER STATED THAT
AT THE TIME OF THE SETTLEMENT OF MY CASE THE MEDICAL BILLS WOULD BE PAID

FROM THAT SETTLEMENT.

I CONTINUED MY MEDICAL TREATMENTS.  I CALLED MR. MICHAEL QUINN
EVERY SIX MONTHS.  MR. QUINN NEVER SPOKE WITH ME NOR DID HE RETURN ANY

CALLS.  FINALLY, MICHAEL QUINN CALLED ME ON OCTOBER 8, 2006.MR
QUINN INFORMED ME AT THAT TIME THAT THE STATUTE OF LIMATIONS WAS ABOUT
TO EXPIRE

HE SAID HE MADE A MISTACK.  BUT, HE WOULD COMPENSATE ME.  HE WOULD
TAKE THE MONEY OUT OF HIS CHILDREN'S COLLEGE FUND.

I AGREED TO MEET WITH HIM ON DECEMBER 9,2006,SO,WE COULD COME TO
SOME TYPE OF MONTARY SETTLEMENT.  AT THE MEETING MR.QUINN GOT ANGRY AND
LEFT.

AFTER NOT HAVING SEEN OR HEARD FROM HIM IN MONTHS I SENT HIM A
CERTIFIED LETTER REQUERTING MY FILE.  WHICH BY LAW I HAVE A RIGHT TO
REQUEST.

#5+6
THE (DOCUMENT ENCLOSED)WHICH CONTAINS THE LETTER I SENT HIM AND
ALSO HIS SIGNATURE ON THE CARD PROVING HE RECIEVED THE LETTER.

THE LETTER IS DATED JUNE 12,2007. MICHAEL QUINN WOULD NOT SEND MY FILE
TO ME.I CONSULTED TEN ATTORNEYS TO HELP ME WITH MY MALPRACTICE CASE. ALL

OF THEM REFUSED STATING THAT ATTORNETYS DON'T SUE EACH OTHER. SO, I
WAS LEFT WITH NO OTHER ALTERNATIVE,BUT TO HANDLE MY OWN CASE.

I BELIEVE THE DELAWARE BAR,   FOUND THAT MR.QUINN IS NOT LICIENCED

TO PRACTICE LAW IN DELAWARE, WHICH CONSTITUTES FRAUD, INTENTIONAL
MISCONDUCT

      MR. QUINN TOLD ME WAS LICIENCED TO PRACTICE LAW IN DELAWARE. IF I
HAD KNOWN HE WASN'T, I NEVER WOULD NEVER LET HIM REPRESENT ME.WHY WOULD


   A ATTORNEY TAKE A CASE IN A STATE HE ISN'T LICIENCED IN? HE KNEW HE
COULD NEVER FILE MY CASE, THIS IS DELIBERATE MISCONDUCT ON HIS PART.I


HAVE BEEN HARMED BY HIM.

## SUBJECT MATTER JURISDICTION

FEDERAL DISTRICT COURTS HAVE SUBJECT MATTER JURISDICTION IF CASE IS BASED ON

ANY FEDERAL LAW.CASES THAT ARISE UNDER FEDERAL LAW (CALLED FEDERAL

QUESTION).DIVERSITY OF CITIZENSHIP CASES.  FEDERAL COURTS HAVE SUBJECT

MATTER JURISDICTION,IF PLAINTIFF IS SUING A CITIZEN OF A DIFFRENT STATE.  AND

PLAINTIFF IS ASKING AT LEAST 75,000 IN MONEY DAMAGES.

PLAINTIFF IS A CITIZEN OF DELAWARE. MICHAEL QUINN IS CITIZEN OF PENNSYLVANIA.

## DAMAGES

**EMOTIONAL DISTRESS:**THESE DAMAGES ARE RECOVERABLE ONLY IN A CLAIM FOR INTENTIONAL WRONGDOING. SUCH **FRAUD**. MR.QUINN TELLING ME HE WAS LICENCED TO PRACTICE LAW IN DELAWARE WAS A BLANT LIE. ALSO INTENTIONAL WRONGDOING. MR.QUINN REFUSED TO SEND MY FILE TO ME WHICH I REQUESTED IN WRITING (DOCUMENT ENCLOSED) MR.QUINN ,AS A LEGAL PROFESSIONAL KNOWS THAT I HAVE A LEGAL RIGHT TO MY OWN FILE. HE ALSO KNEW I NEEDED IT TO FILE SUIT AGINST HIM YET,HE ILLEGALLY KEPT IT FROM ME THAT CONSTITUTES INTENTIONAL WRONG DOING..

AT

## ALLEGATIONS; FIVE ELEMENTS TO PROVE FRAUD

**1.FRAUD;** A LIE. (MISREPRESENTATION) OR COVER-UP(CONCEALMENT OF SOMETHING

IMPORTANT. MR.QUINN FROM ME THAT HE WASN'T LIECIENCED TO PRACTICE

LAW IN DELAWARE.  HE LIED TO AND SAID THAT HE WAS LICIENCED IN DE.

**2. A LAWYER KNOWS THAT THE COVER-UP IS FALSE;.** MR.QUINN KNEW FULL WELL HE

WASN'T LICENCED TO PRACTICE LAW IN DELAWARE.

**3  RELIANE;** MR. QUINN IS A PROFESSIONAL. WE HAD A ATTORNEY-CLIENT

REALTIONSHIP, I RELIED ON HIS PROFESSIONAL KNOWLEDGE.

**4 REASONABLENESS OF THE RELIANCE;**
I RELIED ON  MR. QUINN AS REGUARDS HIS BEING LICENCED TO PRACTICE LAW
IN DELAWARE. WHAT COULD HE HAVE TO GAIN BY NOT BEING ABLE TO FILE MY
CASE. OBVIDIOUSLY, HE HAD AN AGENDA I WASN'T PRIVY TO.

**5.DAMAGES**; I WAS DAMAGED BY MR. QUINN OUTRAGEOUS CONDUCT. HE WASN'T
ABLE TO FILE SUIT IN DELAWARE.,,BECAUSE MR,QUINN IS NOT LICENCED IN DE.
NOW I AM RESONABLE FOR MORE THAN 40,000 MEDICAL BILLS.I HAVEN'T BEEN
ABLE TO COLLECT ON ANY PAIN AND SUFFERING DAMAGES.

**SECOND ALLEGATION;BREACH OF FIDUCIARY DUTY;**FOUR ELEMENTS MUST BE PROVEN.

1.**DUTY;**CLIENT MUST PROVE THERE WAS A ATTORNEY-CLIENT RELATIONSHIP.THE

ATTORNEY OWED CLIENT DUTY TO ACT PROPERLY.(DOCUMENT ENCLOSED)MR. QUINN
DID NOT ACT PROPERLY. WHEN HE CONCEALED THE FACT HE WASN'T LICENCED
PRACTICE LAW IN DELAWARE.

2.**BREACH;**MR. QUINN LIEING TO ME ABOUT LICIENCED TO PRACTICE LAW DE. HIS
CONDUCT WAS IN VIOLATION OF STATE AND ETHICAL
RULES AND LAWS.

**BREACH OF FIDUCIARY DUTY;**
**3.CAUSATION-BREACH CAUSED LOSS;**I I WOULD HAVE WON A JUDGEMENT IN MY
FAVOR.BUT, FOR THE ACTIONABLE CONDUCT OF THE DEFENDANTS. (A) I HAD WARNED
MY LANDLORD IN WRITING THREE TIMES ABOUT MY CEILING. (DOCUMENTS
ENCLOSED)# 1-3
MY SLIP AND FALL WAS A DIRECT CAUSE OF HIS NEGLIGENCE.(B) MR VALIDIMIR
KARPOV OWNED THE BUILDING I LIVED IN. THE BUILDING IS WORTH 186,000
(DOCUMENT ENCLOSED). MR. KARPOV HAD MORE THAN ENOUGH ASSETS TO
COMPENSATE ME. # 10
ALSO MR.KARPOV OWNED TEN OTHER BUILDINGS. I CAN EASILY PROVIDE THIS PROOF
UPON DEMAND.I HAVE PROVEN "A CASE WITHIN A CASE".I DEFINATELY WOULD HAVE
WON HAD MY CASE BEEN PROSCUTED.WHICH MR. QUINN COULD NOT DO BECAUSE HE
ISN'T LICIENCED TO PRACTICE LAW IN DELAWARE.I HAVE SUFFERD A HORRFIC LOSS,
BECAUSE OF MR.QUINN.

**4.DAMAGES;**MR. MICHAEL QUINN CONDUCT WAS SO BLATANT AGGRIEVEOUS
I WAS UNABLE TO PAY MY MEDICAL BILLS OR BE COMPENSATED IN ANY WAY
I WILL LIST ALL DAMAGE CLAIMS AT THE END OF MY COMPLAINT.


**LEGAL MALPRACTICE;FOUR ELEMENTS MUST BE PROVEN;**

**1.DUTY;**PLAINTIFF AND MR. QUINN HAD A ATTORNEY-CLIENT REALATIONSHIP
MR,QUINN HAD A DUTY TO ACT IN A PROFESSONAL MANNER.WHICH WOULD MEAN
REAVELING
HE WASN'T LICIENCED IN DE.

**2.BREACH;**MR. QUINN OWED PLAINTIFF DUTY TO ACT COMPETENLY.  HE BREACHED
HIS DUTY TO THE PLAINTIFF AND DID NOT USE SKILL,CARE AND KNOWLEDGE.

**3.CAUSATION;TWO ELEMENTS MUST BE PROVEN;(A) THAT PLAINTIFF WOULD HAVE
WON   THE "CASE WITHIN A CASE".THE UNDERLYING CASE(B)THE PLAINTIFF WOULD
HAVE COLLECTED IF PLAINTIFF HAD WON;**

ON SETEMBER 2, 2004 I PUT MY LANDLORD ON NOTICE THAT I NEEDED MY CEILING
REPAIRED. MR VLADIMIR KARPOV NEGLIGENCE IS A DIRECT CAUSE OF MY ACCIDENTS
AND INJURIES. ALSO, MR VLADIMIR KARPOV IS VERY RICH HE OWNS MORE THAT TEN
APARTMENT BLDGS. THE APARTMENT BLDG. I LIVED IN WAS WORTH. 185,000. I
I DEFINATELY WOULD HAVE COLLECTED FROM MY CASE. MY LANDLORD IS A MULTI-
MILLIONAIR. BY A PREPONDERACE OF EDVIENCE I WOULD HAVE DEFINATLY
RECOVERD
A JUDGEMENT IN THE UNDERLYING ACTION.  I HAVE PROVEN A "CASE WITHIN A CASE".

**4.DAMAGES;** I WAS DEFINATLY DAMAGED BY MR. QUNN NOT BEING ABLE TO PROCUTE
MY CASE BECAUSE HE ISN'T LICIENCED IN DE. I HAVE MEDICAL BILLS OVER 40,000.
AND PERMANANT INJURIES I CAN NOT SUE MY LANDLORD FOR BECAUSE THE STATUE
OF LIMATIONS RAN OUT.

## DAMAGES

**STATUTORY DAMAGES;** TRIPLE DAMANAGES IN CASES OF INTENTIONAL

MISCONDUCT.MR,QUINN COMIMTTED FRAUD BY MISREPRESENATING HIMSELF AS A

DELAWARE  LICIENCED ATTORNEY, MR QUINN LIED, WHICH IS INTENITIONAL MIS-

CONDUCT. PLAINTIFF ENTITLED EXTRA DAMAGES.


**PUNITIVE DAMAGES;** RECOVERABLE WHEN INTENTIONAL MISCONDUCT IS INVOLVED.
MR. QUINN COMMITTED INTENTIONAL MISCONDUCT BY TAKING A CASE IN A STATE HE
WASN'T LICIENCED IN. HE DELIBERTLY ALLOWED ME TO LOSE MY CASE. HE HAS
HARMED ME TERRIBLY.MR.QUINN SHOULD STAND CHARGES FOR THE HARM AND
DAMAGES HE HAS CAUSED ME. THE PENNSYLVANIA BAR SHOULD BE NOTIFIED
ABOUT MR.QUINN'S ACTIONS CONCERNING MY CASE.


**COMPENSATORY DAMAGES;** I LOST MY PERSONAL INJURY  CASE BECAUSE MY
ALLOWED THE STATUTE OF LIMATIONS EXPIRE.,BECAUSE HE WASN'T LICIENCED IN
THE STATE OF DE.
MY PERSONAL INJURY.


**CONCLUSION,**

I AM A DISABLED GRANDMOTHER.  I THINK BECAUSE OF THAT, I WAS TAKEN ADVANAGE

OF. ATTORNEYS SHOULD NOT BE PERMITTED TO TREAT INDIGENT CLIENTS IN THIS

_ MANNER.  WHEN I TAKE MY CASE TO COURT THE JURY WILL SEE UNFAIRLY

I'VE BEEB TREATED. I THINK THEY WILL ALSO WONDER WHY AN ATTORNEY WOULD

TAKE A CASE IN A STATE HE IS NOT LICIENCED IN. HE MUST HAVE THOUGHT HE
WOULD

GAIN SOMETHING FROM MY CASE IF HE ALREADY HASN'T.


**RELIEF;** I BEG THE COURT FOR RELIEF TO PAY MY MEDICAL BILLS AND THE MENTAL
AND

EMOTIONAL HAVOC MR.QUINN HAS BROUGHT UPON ME. I BEG THE COURT FOR
150,000

Sylver J. Brooks

CERTIFICATE
OF
SERVICE

I SYLVER L. BROOKS, PRO, Se, Certify that A Copy of

Complaint was server upon all

Parties listed below by first class U.S. Mail,

Postage prepaid on January 29, 2008

Swartz & Campell LLC
Two Liberty Place
50 S. 16th St. Fl 28
Philadelphia, PA 19102

By

Sylver L. Brooks

9

(Defendants)
DOCUMENTS ①
1-3

SYLUER L. BROOKS
46 COURT DR #B
WILMINGTON, DE

September 2, 2004

My name is Syluer L. Brooks, I reside at 46
Court Dr. Wilmington De. 19805. As you
know, ~~Could be~~ you are my land lord.

I'm writing this letter to you to inform
you my livingroom ceiling is Badly Cracked
the crack is very large. Will you
please come + repair this crack in my
Ceiling as soon as possible. The
Crack is very very large. ~~#~~ If you
have any questions call me at

(302) 994-5608

Thank you in Advance
for your corporation

Syluer L. Brooks

Document
#2

Sept. 16, 2004

SYLVER L. BROOKS
46 COURT DR #B
WILMINGTON, DE. 19805

Mr. Vladimir Karpov:

This is the second letter that I've written you about the repair of my ceiling. The crack in my livingroom ceiling is getting bigger. I have given you fourteen days to repair it.

You haven't called me nor have you responded in any way to my letter. I don't want my ceiling to collapse.

PLEASE, REPAIR MY CEILING AS SOON AS POSSIBLE!!!

Sylver L. Brooks

Document
③ #3

Sept 30, 2004

SYLVER L. BROOKS
46 COURT DR # B
WilmingtoN, DE. 19805

Mr. Vladimir Karpov

This is the third letter, I've written you.
Asking you to repair my livingroom ceiling
If my ceiling isn't repaired very soon. I'll be
left with no other alternative, but, to report
this matter to the Attorney General's
landlord & tenant Affairs. I will do this
in fourteen days from the date of this
letter.

PLEASE REPAIR MY CEILING

Sylver L Brooks

COPY d
Document #4



**Damon D. Cary, D.O.**    C20007103
BC8630504

1700 Wawaset St., Suite 100
Wilmington, DE 19806
Phone: (302) 777-3955
Fax: (302) 777-3956

3-13-62

NAME _____    DATE 6/28/6
ADDRESS Sylver Brooks    AGE _____

R    Vodu 14P
#90
refill 5

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND"
NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.



**Damon D. Cary, D.O.**    C20007103
BC8630508

1700 Wawaset St., Suite 100
Wilmington, DE 19806
Phone: (302) 777-3955
Fax: (302) 777-3956

3-13-62

NAME _____    DATE 6/28/07
ADDRESS Sylver Brooks    AGE _____

R    #90
refill 5

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND"
NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.



JUNE 12, 2007


SYLVER L. BROOKS

46 COURT DRIVE, APT. B

WILMINGTON, DELAWARE      19805




I AM REQUESTING THE NAMES, ADDRESS, AND TELEPHONE NUMBERS, OF TWO
INSURANCE COMPANIES¶THE NAME OF YOUR MAL-PRACTICE INSURANCE AND THE
NAME AND ADDRESS OF MY FORMER LANDLORD.WHOM WHICH YOU HAD AGREED TO SUE.



HIS NAME, AS YOU KNOW ,IS    VLADMIR KARPOV.I ALSO AM REQUESTING ALL
MY MEDICAL RECORDS, I ALSO WANT MY ENTIRE FILE, AND EVERYTHING IN THAT
FILE.   AS SOON AS POSSIBLE



                                        SILVER L. BROOKS

                                        Sylver L. Brooks


RE; QUINN AND QIUNN ATTORNY

Document
#6

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19110

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0505 |
| Certified Fee | | $2.65 | 99 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | |

Postmark WILMINGTON DE 19805 JUN 12 2007 06/12/2007 USPS

7007 0220 0002 9205 4785

Sent To MiChAel QuiNN ESQ
Street, Apt. No.; or PO Box No. 100 S. BROAd ST #1430
City, State, ZIP+4 PhilA, PA. 19110

PS Form 3800, August 2006                See Reverse for Instructions

---

**U.S. POSTAL SERVICE     CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE–POSTMASTER

UNITED STATES POSTAL SERVICE
WILMINGTON DE 19805 JUN 12 2007 USPS

Received From:

SYLVER L. BROOKS
46 COURT DR. #B
WILMINGTON DE. 19805

One piece of ordinary mail addressed to:

QUINN + QUINN
100 S. BROAd St #1430
PhilA, PA 19110

U.S. POSTAGE PAID WILMINGTON DE JUN 12 '07 AMOUNT $1.05 00054168-99

PS Form **3817**, January 2001

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MiChAel QuiNN ESQ,
100 South BROAd ST. suite 1430

PhilA, PA. 19110

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUN    2007

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service la    7007 0220 0002 9205 4785

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-154

Document
#1

## FEE AGREEMENT

I/WE _____Sylver Brooks_____ do
hereby retain Law Offices of QUINN AND QUINN to represent me/us for
personal injuries sustained as a result of an accident that occurred on
_____October 11_____, 20 04.

The Law Firm shall be entitled to an attorney fee of either
__35%__ of the gross settlement with no trial, or __40%__ if
litigation is commenced by suit or summons. I/We will be responsible to
pay from my/our portion of the settlement or verdict the litigation
and/or investigation expenses incurred, including filing fees,
investigation, experts, medical records or copying fees, photographs.
Lastly, a charge for long distance, copies and postage will be deducted
in the amount of $200.00

If there is no settlement or recovery by the Law Firm, the I/We
will Not be responsible or obligated to pay either any attorney fee for
time spent or reimburse the Firm for any expenses or costs involved in
the litigation.

I/We hereby agree to offer my/our full cooperation to the attorney
to bring this matter to a swift conclusion and hereby swear and affirm
that all of the information provided during the initial interview and at
all times thereafter know it to be true and correct and accurate to the
best of my/our knowledge, information and belief. I/We hereby authorize
the Law Firm to deposit checks into escrow funds and to disperse the
funds directly to the doctors, hospitals or any medical expenses
involved for all medical bills incurred or related to the accident case
as well as grant power of attorney to sign for medical or related
records.

@ Sylver L. Brooks

PARENT AND NATURAL GUARDIAN
OF THE ABOVE-CAPTIONED MINOR

DOCUMENT
# 8

## Quinn & Quinn
### Attorneys at Law

Edward J. Quinn

Michael P. Quinn

SUITE 1430
LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110

Joseph B. Quinn
1931-1981

FAX: 563-2642

215-563-5142

OUR FILE NO.

November 12, 2004

Ms. Sylver Brooks
46 Court Drive, Apt. "B"
Wilmington, DE 19805

     RE:    **Premise Liability**
          **D/A: 10-11-04**

Dear Ms. Brooks:

     May I take this opportunity to thank you for requesting this office to represent you.

     We have already started working on your case and will attempt to reach a satisfactory and fair conclusion in this matter at as early a date as possible.

     **It is important that you do not discuss this case with anyone and you should not sign any papers relating to this matter as well.**

     If someone should telephone you concerning this case, simply tell them to call us and if you receive any mail, forms, or correspondence concerning this case, send it to us immediately. You are requested to notify us immediately if you should change your address while this matter is still pending.

     Please keep in touch with us regarding your treatment status so that we may continue to gather the records as your case progresses.

     I wish to assure you that we consider it a privilege to serve you and that we shall give you the very best legal service possible in this and any other matters you may refer to us.

               Very truly yours,

               **MICHAEL P. QUINN, ESQUIRE**

MPQ/sep

DOCUMENT
#9

# Quinn & Quinn

Edward J. Quinn
Michael P. Quinn
Raymond C. Geary

### Attorneys at Law
SUITE 1430
LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110

Joseph B. Quinn
1931-1981

FAX: 215-563-2642

215563-5142

OUR FILE NO.

June 29, 2005

Diagnostic Imaging Associates
3206 Concord Pike
Wilmington, DE 19803
Attention: Billing

RE:    Silver Brooks
       D/A:    10/16/02

Dear Sir or Madam:

Please be advised that the law firm of Quinn and Quinn will protect your bill for services rendered pursuant to Act 6 upon settlement of the above-captioned matter.

However, this agreement to protect your interest is conditional upon receiving all medical bills, reports and records within sixty days of treatment or services rendered or within thirty days after discharge from the doctors care.

If you have any questions please call my office. If this is not a claim involving a motor vehicle, then please disregard the Act 6 reference above.

Lastly, please note that this guarantee is also conditional upon the approval of my client, Silver Brooks, to make this agreement. I have received said permission.

I thank you.

Very truly yours,

Michael P. Quinn

MPQ/mgg

cc: Silver Brooks

Documex   ☎ 609-989-9240   🖶 11/10/04   ⏱ 3:26 PM   🗐 2/2

Document
# 10

Q&Q.29928
RE: SYLVER BROOKS

## PROPERTY INFORMATION

1)      Property: 46 COURT DR, WILMINGTON DE 19805-1537 C020
APN:    07-032.40-064                          Alt APN:
Card#:                  Tax Area:                Use:    APARTMENT
County:   NEW CASTLE, DE        Prop Tax: $1,939.03      Total Value:$116,900
Census:   122.00              Tax Yr: 2003  Delinq:    Land Value: $2,600
Map Page:  07-032             Tax Apprsl Dist:07         Imprv Value:$114,300
School Dist: TRS2             Exemptions:             Taxable Val:$116,900
Municipality:CHRISTINA HUNDRED                        Assd Yr:  2003
Subdivision: LANCASTER COURT                         % Improve: 098%
Owner:    KARPOV VLADIMIR & SVETLANA                    Phone:
                                    Owner Vest: HW  /  /
Mail:    482 W CHESTNUT HILL RD; NEWARK DE 19713-1102 C081
Owner Transfer = Sale Dt:    Price:      Doc#:          Type:
SALE & FINANCE INFORMATION                         IMPROVEMENTS
            LAST SALE        PRIOR SALE       Gross Area:
Record/Sale Date: 03/10/2000   03/09/2000   12/03/1997   12/02/1997   Bldg/Liv Area:
Sale Price/Type: $186,000              $106,250        Bsmnt Area:
Document #:    2795-283   $186.00   2365-153   $106.25   Porch 1 Area:
Deed Type:    DEED (REG)       DEED (REG)       $/SF:
1st Mtg Amt/Type: $139,500   CONV        CONV      Total Rooms:
Rate/Type/Term:     /    /             Bedrms:
Lender:                           Ttl Baths/Fixt:
         WILMINGTON SVGS FUND SOCIETY           Yr Built/Eff:
2nd Mtg Amt/Type: $18,600   CONV              # Stories:
Rate/Type/Term:     /     /1           Fireplace/#:
Transfer B&P:                      Bsmnt Type:
Title Company:   ATTORNEY ONLY             Porch Type:
Seller:    LCR REAL ESTATE INVESTMENT LLC         Patio Type:
New Construction:                  Pool:
Other Last Sale Info =# Parcels:2   Type 2: MULTIPLE   Pend:   Construct:
                             Ext Wall:
SITE INFORMATION                      Roof Type:
Zoning:    NCAP      Acres:   0.03      Roof Matl:
County Use:   A      Lot Area:  1,306.8      Roof Frame:
State Use:         Lot Width:         Roof Shape:
Bldg Class:        Lot Depth:         Heat Type:
# Bldgs:          Lot Shape:         Air Cond:
# Res Units:        Bldg Type:         Style:
Site Influence:      Sewer Type:        Condition:
Legal Blk/Bldg:      Water Type:        Parking Sqft:
Legal Lot/Unit: 46    Topography:        Garage Cap#:
Parcel Comments:                 Parking Type:
Legal Desc: BEG ON SELY COR OF OUTSIDE FACE OF WALL & DISTANCE NWLY END OF 19.81 FT
RADIUS JUNCTION CURVE

~ 08 _ 60 _ _

⊗JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS SYLVER L. BROOKS | DEFENDANTS QUINN & QUINN ATT AT LAW MICHAEL P. QUINN ESQUIRE |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff  NEW CASTLE<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br>46 COURT DR #B<br>WILMINGTON DE. 19805<br>(302) 994-1931 | County of Residence of First Listed Defendant  Philadelphia<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number)<br>PRO SE | Attorneys (If Known)<br>SWARTZ & CAMPBELL |

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☑ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☑ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN   (Place an "X" in One Box Only)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☑ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):  28 USC 360

1330

Brief description of cause:  LEGAL MALPRACTICE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 150,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  1-28-2008

SIGNATURE OF ATTORNEY OF RECORD  Sylver L. Brooks

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____