## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SYLVER L. BROOKS,                              )
                                               )
          Plaintiff,                           )
                                               )
     v.                                        )   Civ. No. 08-60-SLR
                                               )
MICHAEL P. QUINN,                              )
                                               )
          Defendant.                           )

## ORDER

At Wilmington this 7th day of February, 2008,

the Court having considered the application to proceed without prepayment of fees

under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge