# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Feb 11, 2008

SYLVER L. BROOKS
    PLAINTIFF
    V.

QUINN&QUINN ATTORNEYS AT LAW AND
MICHAEL .P. QUINN, ESQUIRE
DEFENDANT( )

CASE #
1:08 CV-60

JURY TRAIL REQUESTED

## Amended
## COMPLAINT

2008 FEB 11 PM 4:05

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

I, PLAINTIFF, SYLVER L. BROOKS, WHO RESIDES AT 46 COURT DRIVE #B.
WILMINGTON, DELAWARE.

ON SEPTEMBER 2, 2004. I NOTICED A CRACK IN MY LIVINGROOM CEILING. I
IMMEADITILY WROTE

MY LANDLORD, VLADIMIRE KARPOV, WHO RESIDES AT 482 W.CHESNUT STREET.
NEWARK DELAWARE

I SENT HIM THREE LETTERS SEPTEMBER 2, SEPTEMBER 16, SEPTEMBER 30TH.
(DOCUMENTS ENCLOSED).
#1

MR. KARPOV DIDN'T RESPOND TO ANY OF MY LETTERS TO REPAIR MY CEILING.IN THE
SEPT.30TH LETTER.

    I TOLD HIM THAT IF HE DDIN'T REPAIR MY CEILING, WITHIN FOURTEEN DAYS, I
WOULD

REPORT IT TO THE ATTORNEY GENERAL OFFICE.WHICH HANDLES LANDLORD TENDANT
PROBLEMS.

ON OCTOBER 11, 2004. MY CEILING COLLAPSED. I WAS INJURED. MY INJURIES WERE
PAINFUL AND SUBSTANTIAL AND EXTREMELY PAINFUL. I NEED VERY STRONG
MEDICATION.

THIS MEDICATION HAS THE PROPENSITY TO BE ADDICTIVE. YET, MY PAIN WAS VERY INTENSE, AND I HAD TO TAKE THE CHANCE. (DOCUMENT 6) ENCLOSED.

ON NOVEMBER 12,2004. I, DECIDED TO ENGAGE MR. MICHAEL P. QUINN ESQUIRE, TO REPRESENT ME. MICHEL P. QUINN IS AN ATTORNEY AT QUINN & QUINN ATTY.

AT LAW. THEIE OFFICE IS LOCATED AT 100 S. BROAD STREET SUITE 1434.PHILADELPHIA.PA. 19110.MR. QUINN SENT A LETTER SAYING HIS FIRM WOULD REPRESENT ME. (DOCUMENT #8)

. HE ALSO SENT A CONTRACT STATING THE TERMS OF OUR CONTRACT. (DOCUMENTS ENCLOSED) MR. QUNNN ALSO OFFERD TO SEND A LETTER OF PROTECTION #9

FOR MY MEDICAL SERVICES (DOCUMENT ENCLOSED) THE LETTER STATED THAT AT THE TIME OF THE SETTLEMENT OF MY CASE THE MEDICAL BILLS WOULD BE PAID

FROM THAT SETTLEMENT.

I CONTINUED MY MEDICAL TREATMENTS. I CALLED MR. MICHAEL QUINN EVERY SIX MONTHS. MR. QUINN NEVER SPOKE WITH ME NOR DID HE RETURN ANY

CALLS. FINALLY, MICHAEL QUINN CALLED ME ON OCTOBER 8, 2006.MR QUINN INFORMED ME AT THAT TIME THAT THE STATUTE OF LIMATIONS WAS ABOUT TO EXPIRE

HE SAID HE MADE A MISTACK. BUT, HE WOULD COMPENSATE ME. HE WOULD TAKE THE MONEY OUT OF HIS CHILDREN'S COLLEGE FUND.

I AGREED TO MEET WITH HIM ON DECEMBER 9,2006,SO, WE COULD COME TO SOME TYPE OF MONTARY SETTLEMENT. AT THE MEETING MR.QUINN GOT ANGRY AND LEFT.

AFTER NOT HAVING SEEN OR HEARD FROM HIM IN MONTHS I SENT HIM A CERTIFIED LETTER REQUERTING MY FILE. WHICH BY LAW I HAVE A RIGHT TO REQUEST.

THE (DOCUMENT ENCLOSED)WHICH CONTAINS THE LETTER I SENT HIM AND ALSO HIS SIGNATURE ON THE CARD PROVING HE RECIEVED THE LETTER.

THE LETTER IS DATED JUNE 12,2007. MICHAEL QUINN WOULD NOT SEND MY FILE TO ME.I CONSULTED TEN ATTORNEYS TO HELP ME WITH MY MALPRACTICE CASE. ALL

OF THEM REFUSED STATING THAT ATTORNETYS DON'T SUE EACH OTHER. SO, I WAS LEFT WITH NO OTHER ALTERNATIVE,BUT TO HANDLE MY OWN CASE.

I BELIEVE THE DELAWARE BAR,    FOUND THAT MR.QUINN IS NOT LICIENCED

Quinn & Quinn Attorneys At law are
being sued, because they are my former
Attorney, Michael P. Quinn's employers, or
he, Michael P. Quinn is a partner
At Quinn & Quinn Att. At law.

## SUBJECT MATTER JURISDICTION

FEDERAL DISTRICT COURTS HAVE SUBJECT MATTER JURISDICTION IF CASE IS BASED ON

ANY FEDERAL LAW.CASES THAT ARISE UNDER FEDERAL LAW (CALLED FEDERAL

QUESTION).DIVERSITY OF CITIZENSHIP CASES.  FEDERAL COURTS HAVE SUBJECT

MATTER JURISDICTION,IF PLAINTIFF IS SUING A CITIZEN OF A DIFFRENT STATE.  AND

PLAINTIFF IS ASKING AT LEAST 75,000 IN MONEY DAMAGES.

PLAINTIFF IS A CITIZEN OF DELAWARE. MICHAEL QUINN IS CITIZEN OF PENNSYLVANIA.

## DAMAGES

**EMOTIONAL DISTRESS;**THESE DAMAGES ARE RECOVERABLE ONLY IN A CLAIM FOR INTENTIONAL WRONGDOING. SUCH **FRAUD**. MR.QUINN TELLING ME HE WAS LICENCED TO PRACTICE LAW IN DELAWARE WAS A BLANT LIE. ALSO INTENTIONAL WRONGDOING. MR.QUINN REFUSED TO SEND MY FILE TO ME WHICH I REQUESTED IN WRITING (DOCUMENT ENCLOSED) MR.QUINN ,AS A LEGAL PROFESSIONAL KNOWS THAT I HAVE A LEGAL RIGHT TO MY OWN FILE. HE ALSO KNEW I NEEDED IT TO FILE SUIT AGINST HIM YET,HE ILLEGALLY KEPT IT FROM ME THAT CONSTITUTES INTENTIONAL WRONG DOING..

AT



4

**ALLEGATIONS; FIVE ELEMENTS TO PROVE FRAUD**

**1.FRAUD;** A LIE. (MISREPRESENTATION) OR COVER-UP(CONCEALMENT OF SOMETHING
IMPORTANT. MR.QUINN FROM ME THAT HE WASN'T LIECIENCED TO PRACTICE
LAW IN DELAWARE.  HE LIED TO AND SAID THAT HE WAS LICIENCED IN DE.

**2. A LAWYER KNOWS THAT THE COVER-UP IS FALSE;.** MR.QUINN KNEW FULL WELL HE
WASN'T LICENCED TO PRACTICE LAW IN DELAWARE.

**3 RELIANE;**MR. QUINN IS A PROFESSIONAL. WE HAD A ATTORNEY-CLIENT
REALTIONSHIP, I RELIED ON HIS PROFESSIONAL KNOWLEDGE.

**4 REASONABLENESS OF THE RELIANCE;**
I RELIED ON  MR. QUINN AS REGUARDS HIS BEING LICENCED TO PRACTICE LAW
IN DELAWARE. WHAT COULD HE HAVE TO GAIN BY NOT BEING ABLE TO FILE MY
CASE. OBVIDIOUSLY, HE HAD AN AGENDA I WASN'T PRIVY TO.

**5.DAMAGES**: I WAS DAMAGED BY MR. QUINN OUTRAGEOUS CONDUCT. HE WASN'T
ABLE TO FILE SUITE IN DELAWARE.,,BECAUSE MR,QUINN IS NOT LICENCED IN DE.
NOW I AM RESONABLE FOR MORE THAN 40,000 MEDICAL BILLS.I HAVEN'T BEEN
ABLE TO COLLECT ON ANY PAIN AND SUFFERING DAMAGES.

**SECOND ALLEGATION;BREACH OF FIDUCIARY DUTY;**FOUR ELEMENTS MUST BE
PROVEN.

1.**DUTY;**CLIENT MUST PROVE THERE WAS A ATTORNEY-CLIENT RELATIONSHIP.THE

ATTOR NEY OWED CLIENT DUTY TO ACT PROPERLY.(DOCUMENT ENCLOSED)MR. QUINN
DID NOT ACT PROPERLY. WHEN HE CONCEALED THE FACT HE WASN'T
LICENCED
PRACTICE LAW IN DELAWARE.

**2.BREACH;**MR. QUINN LIEING TO ME ABOUT LICIENCED TO PRACTICE LAW DE. HIS
CONDUCT WAS IN VIOLATION OF STATE AND ETHICAL
RULES AND LAWS.

**BREACH OF FIDUCIARY DUTY;**
**3.CAUSATION-BREACH CAUSED LOSS;**I I WOULD HAVE WON A JUDGEMENT IN MY
FAVOR.BUT, FOR THE ACTIONABLE CONDUCT OF THE DEFENDANTS. (A) I HAD WARNED
MY LANDLORD IN WRITING THREE TIMES ABOUT MY CEILING. (DOCUMENTS
ENCLOSED)
MY SLIP AND FALL WAS A DIRECT CAUSE OF HIS NEGLIGENCE.(B) MR VALIDIMIR
KARPOV OWNED THE BUILDING I LIVED IN. THE BUILDING IS WORTH 186,000
(DOCUMENT ENCLOSED). MR. KARPOV HAD MORE THAN ENOUGH ASSETS TO
COMPENSATE ME.
ALSO MR.KARPOV OWNED TEN OTHER BUILDINGS. I CAN EASILY PROVIDE THIS PROOF
UPON DEMAND.I HAVE PROVEN "A CASE WITHIN A CASE".I DEFINATELY WOULD HAVE
WON HAD MY CASE BEEN PROSCUTED.WHICH MR. QUINN COULD NOT DO BECAUSE HE
ISN'T LICIENCED TO PRACTICE LAW IN DELAWARE.I HAVE SUFFERD A HORRFIC LOSS,
BECAUSE OF MR,QUINN.

**4.DAMAGES;**MR. MICHAEL QUINN CONDUCT WAS SO BLATANT AGGRIEVEOUS
I WAS UNABLE TO PAY MY MEDICAL BILLS OR BE COMPENSATED IN ANY WAY
I WILL LIST ALL DAMAGE CLAIMS AT THE END OF MY COMPLAINT.


**LEGAL MALPRACTICE;FOUR ELEMENTS MUST BE PROVEN;**

**1.DUTY;**PLAINTIFF AND MR. QUINN HAD A ATTORNEY-CLIENT REALATIONSHIP
MR,QUINN HAD A DUTY TO ACT IN A PROFESSONAL MANNER.WHICH WOULD MEAN
REAVELING
HE WASN'T LICIENCED IN DE.

**2.BREACH;**MR. QUINN OWED PLAINTIFF DUTY TO ACT COMPETENLY.  HE BREACHED
HIS DUTY TO THE PLAINTIFF AND DID NOT USE SKILL,CARE AND KNOWLEDGE.

**3.CAUSATION;TWO ELEMENTS MUST BE PROVEN;(A) THAT PLAINTIFF WOULD HAVE
WON   THE "CASE WITHIN A CASE",THE UNDERLYING CASE(B)THE PLAINTIFF WOULD
HAVE COLLECTED IF PLAINTIFF HAD WON;**

ON SETEMBER 2, 2004 I PUT MY LANDLORD ON NOTICE THAT I NEEDED MY CEILING
REPAIRED. MR VLADIMIR KARPOV NEGLIGENCE IS A DIRECT CAUSE OF MY ACCIDENTS
AND INJURIES. ALSO, MR VLADIMIR KARPOV IS VERY RICH HE OWNS MORE THAT TEN
APARTMENT BLDGS. THE APARTMENT BLDG. I LIVED IN WAS WORTH. 185,000. I
I DEFINATELY WOULD HAVE COLLECTED FROM MY CASE. MY LANDLORD IS A MULTI-
MILLIONAIR. BY A PREPONDERACE OF EDVIENCE I WOULD HAVE DEFINATLY
RECOVERD
A JUDGEMENT IN THE UNDERLYING ACTION.  I HAVE PROVEN A "CASE WITHIN A CASE".

**4.DAMAGES;** I WAS DEFINATLY DAMAGED BY MR. QUNN NOT BEING ABLE TO PROCUTE
MY CASE BECAUSE HE ISN'T LICIENCED IN DE. I HAVE MEDICAL BILLS OVER 40,000.
AND PERMANANT INJURIES I CAN NOT SUE MY LANDLORD FOR BECAUSE THE STATUE
OF LIMATIONS RAN OUT.

## DAMAGES

**STATUTORY DAMAGES:TRIPLE DAMANAGES** IN CASES OF INTENTIONAL

MISCONDUCT.MR,QUINN COMIMTTED FRAUD BY MISREPRESENATING HIMSELF AS A

DELAWARE LICIENCED ATTORNEY, MR QUINN LIED, WHICH IS INTENITIONAL MIS-

CONDUCT. PLAINTIFF ENTITLED EXTRA DAMAGES.


**PUNITIVE DAMAGES:** RECOVERABLE WHEN INTENTIONAL MISCONDUCT IS INVOLVED.
MR. QUINN COMMITTED INTENTIONAL MISCONDUCT BY TAKING A CASE IN A STATE HE
WASN'T LICIENCED IN. HE DELIBERTLY ALLOWED ME TO LOSE MY CASE. HE HAS
HARMED ME TERRIBLY.MR.QUINN SHOULD STAND CHARGES FOR THE HARM AND
DAMAGES HE HAS CAUSED ME. THE PENNSYLVANIA BAR SHOULD BE NOTIFIED
ABOUT MR.QUINN'S ACTIONS CONCERNING MY CASE.


**COMPENSATORY DAMAGES:**I LOST MY PERSONAL INJURY  CASE BECAUSE MY
ALLOWED THE STATUTE OF LIMATIONS EXPIRE..BECAUSE HE WASN'T LICIENCED IN
THE STATE OF DE.
MY PERSONAL INJURY.


## CONCLUSION,

I AM A DISABLED GRANDMOTHER.  I THINK BECAUSE OF THAT, I WAS TAKEN ADVANAGE

OF. ATTORNEYS SHOULD NOT BE PERMITTED TO TREAT INDIGENT CLIENTS IN THIS

_ MANNER.  WHEN I TAKE MY CASE TO COURT THE JURY WILL SEE UNFAIRLY

I'VE BEEB TREATED. I THINK THEY WILL ALSO WONDER WHY AN ATTORNEY WOULD

TAKE A CASE IN A STATE HE IS NOT LICIENCED IN. HE MUST HAVE THOUGHT HE
WOULD

GAIN SOMETHING FROM MY CASE IF HE ALREADY HASN'T.


**RELIEF:**I BEG THE COURT FOR RELIEF TO PAY MY MEDICAL BILLS AND THE MENTAL
AND

EMOTIONAL HAVOC MR.QUINN HAS BROUGHT UPON ME.  I BEG THE COURT FOR
150,000,

Sylver L. Brock

CERTIFICATE
OF
SERVICE

I SYLVER L. BROOKS, PRO, Se, Certify that A COPY OF

COMPLAINT WAS SERVER UPON All

PARTIES listed below by first class U.S. MAIl,

POSTAGE PREPAID ON Feb 11, 2008

Sylver L. Brook

SWARTZ & CAMDEll LLC

TWO LIBERTY PLACE

5 0 S. 16th St. Fl. 28

Philadelphia, PA 19102

9

COPY

DOCUMENTS ①

1-3

SYLVER L. BROOKS

46 COURT DR # B

WILMINGTON, DE

September 3, 2004

My name is Sylver L. Brooks, I reside at 46 Court Dr. Wilmington De. 19805 as you know. As you are my land lord.

I'm writing this letter to you to inform you my living room ceiling is Badly cracked the crack is very large. Will you please come + repair this crack. in my ceiling as soon as possible. The Crack is very very large. If you have any questions call me at

(302) 994-5608

Thank-you in advance for your corperation

Sylver L. Brooks

STUCK & BROOKS
46 COURT DR #B
Wilmington, DE. 1980

Sept. 16, 2004

Mr. Vladimir Karpov;

This is the second letter that I've written y
about the repair of my ceiling. The crack
my livingroom ceiling is getting bigger. I ha
given you fourteen days to repair it.

You haven't called me nor have you responded
any way to my letter I don't want my cei
to colapse.

PLEASE, REPAIR MY CEILING

AS SOON AS POSSIBLE!!

Sylvia L. Brooks

CT
Document
3
cnt

3

Sept 30, 2004

TYLUER L. BROOKS
46 COURT DR # B
Wilmington, DE. 19805

Mr. Vladimir Karpov

This is the third letter, I've written you.
asking you to repair my livingroom ceiling
If my ceiling isn't repaired very soon I'll be
left with no other alternative, but, to report
this matter to the attorney General's
landlord & tentant affairs. I will do this
in fourteen days from the date of this
letter.

PLEASE REPAIR MY CEILING

1700 Wawaset St., Suite 100
Wilmington, DE 19806
Phone: (302) 777-3955
Fax: (302) 777-3956

3-13-62

NAME _____ DATE 6/28/6

ADDRESS Sylver Brooks    AGE _____

℞    Vicdn HP

#90

1 po Q 6° p-pm

refill 5

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

_____

---

**Damon D. Cary, D.O.**    C20007103
BC865050V

1700 Wawaset St., Suite 100
Wilmington, DE 19806
Phone: (302) 777-3955
Fax: (302) 777-3956

3-13-62

NAME _____ DATE 6/28/07

ADDRESS Sylver Brooks    AGE _____

℞    X_____ by

#90

1 po T 1 po pm-pm

refill 5

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

_____

SYLVER L. BROOKS

46 COURT DRIVE, APT. B

WILMINGTON, DELAWARE      19805

I AM REQUESTING THE NAMES, ADDRESS, AND TELEPHONE NUMBERS, OF TWO
INSURANCE COMPANIES¶THE NAME OF YOUR MAL-PRACTICE INSURANCE AND THE
NAME AND ADDRESS OF MY FORMER LANDLORD.WHOM WHICH YOU HAD AGREED TO SUE.

HIS NAME, AS YOU KNOW ,IS.    . VLADMIR KARPOV.I ALSO AM REQUESTING ALL
MY MEDICAL RECORDS, I ALSO WANT MY ENTIRE FILE, AND EVERYTHING IN THAT
FILE. AS SOON AS POSSIBLE

SILVER L. BROOKS

Sylver L. Brooks

RE; QUINN AND QIUNN ATTORNY

Requesting my

Document -
#6

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

PHILADELPHIA PA 19110

| | |
|---|---|
| Postage | $0.41 | 0505 |
| Certified Fee | $2.65 | 99 |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.21 | 06/12/2007 |

Sent To: Michael Quinn ESQ
Street, Apt. No.; or PO Box No. 100 S. Broad ST #1430
City, State, ZIP+4 Phila, PA. 19110

7007 0220 0002 9205 4785

---

**U.S. POSTAL SERVICE    CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From

SYLVER L. BROOKS
46 COURT DR. #B
WILMINGTON DE. 19805

One piece of ordinary mail addressed to:

QUINN + QUINN
100 S. BROAD St #1430
PHILA, PA 19110

$1.05
0005168-99
U.S. POSTAGE
PHIL
19805
WILMINGTON, DE
JUN 12. 07
AMOUNT

PS Form **3817**, January 2001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL QUINN ESQ
100 South BROAD ST. suite 1430

PHILA, PA. 19110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUN    2007

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 0220 0002 9205 4785

102595-02-M-154

Domestic Return Receipt

I/WE _____ do hereby retain Law Offices of QUINN AND QUINN to represent me/us for personal injuries sustained as a result of an accident that occurred on _____ October 11 , 20 04 .

The Law Firm shall be entitled to an attorney fee of either 35% of the gross settlement with no trial, or 40% if litigation is commenced by suit or summons. I/We will be responsible to pay from my/our portion of the settlement or verdict the litigation and/or investigation expenses incurred, including filing fees, investigation, experts, medical records or copying fees, photographs. Lastly, a charge for long distance, copies and postage will be deducted in the amount of $200.00

If there is no settlement or recovery by the Law Firm, the I/We will Not be responsible or obligated to pay either any attorney fee for time spent or reimburse the Firm for any expenses or costs involved in the litigation.

I/We hereby agree to offer my/our full cooperation to the attorney to bring this matter to a swift conclusion and hereby swear and affirm that all of the information provided during the initial interview and at all times thereafter know it to be true and correct and accurate to the best of my/our knowledge, information and belief. I/We hereby authorize the Law Firm to deposit checks into escrow funds and to disperse the funds directly to the doctors, hospitals or any medical expenses involved for all medical bills incurred or related to the accident case as well as grant power of attorney to sign for medical or related records.

_____
PARENT AND NATURAL GUARDIAN
OF THE ABOVE-CAPTIONED MINOR

Edward J. Quinn
, Michael P. Quinn

FAX: 563-2642

LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110

215-563-5142

Joseph B. Quinn
1931-1981

OUR FILE NO.

November 12, 2004

Ms. Sylver Brooks
46 Court Drive, Apt. "B"
Wilmington, DE 19805

      **RE:   Premise Liability**
            **D/A: 10-11-04**

Dear Ms. Brooks:

      May I take this opportunity to thank you for requesting this office to represent you.

      We have already started working on your case and will attempt to reach a satisfactory and fair conclusion in this matter at as early a date as possible.

      **It is important that you do not discuss this case with anyone and you should not sign any papers relating to this matter as well.**

      If someone should telephone you concerning this case, simply tell them to call us and if you receive any mail, forms, or correspondence concerning this case, send it to us immediately. You are requested to notify us immediately if you should change your address while this matter is still pending.

      Please keep in touch with us regarding your treatment status so that we may continue to gather the records as your case progresses.

      I wish to assure you that we consider it a privilege to serve you and that we shall give you the very best legal service possible in this and any other matters you may refer to us.

Very truly yours,

**MICHAEL P. QUINN, ESQUIRE**

MPQ/sep

Edward J. Quinn
Michael P. Quinn
Raymond G. Geary

*Attorneys at Law*

SUITE 1430
LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110

Joseph B. Quinn
1931-1981

FAX: 215-563-2642

215563-5143

OUR FILE NO.

June 29, 2005

Diagnostic Imaging Associates
5206 Concord Pike
Wilmington, DE 19803
Attention: Billing

RE:    **Silver Brooks**
       **D/A:    10/16/02**

Dear Sir or Madam:

Please be advised that the law firm of Quinn and Quinn will protect your bill for services rendered pursuant to Act 6 upon settlement of the above-captioned matter.

However, this agreement to protect your interest is conditional upon receiving all medical bills, reports and records within sixty days of treatment or services rendered or within thirty days after discharge from the doctors care.

If you have any questions please call my office. If this is not a claim involving a motor vehicle, then please disregard the Act 6 reference above.

Lastly, please note that this guarantee is also conditional upon the approval of my client, Silver Brooks, to make this agreement. I have received said permission.

I thank you.

Very truly yours,

Michael P. Quinn

MPQ/mgg

cc: Silver Brooks