## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYLVER L. BROOKS, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | |
| vs. | : | No. 08-CV-00060 (SLR) |
| | : | |
| QUINN & QUINN, Attorneys at Law, and | : | |
| MICHAEL P. QUINN, ESQUIRE, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Motion to Dismiss of defendants Quinn & Quinn and Michael P. Quinn, Esquire, the accompanying memorandum of points and authorities, and any response thereto,

IT IS HEREBY ORDERED and DECREED that the Motion is GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice.

BY THE COURT:

_____ J.