PRT II

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SYLVER L. BROOKS

PLAINTIFF
VS.

QUINN &QUINN, ATT. AT LAW
    AND
MICHAEL P. QUINN.ESQURE

DEFENDANTS

Civil Action
No. 0800060 (SLR)

FILED
2008 FEB 19  PM 2: 24
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO STRIKE ,MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO. FED RULES OF CIV.P.12(4)(F)

DATE: February 21, 2008

SYLVER L. BROOKS
PRO SE

DELAWARE LONG ARM STATUTE
(10)DEL.C. 3104(c))

(C) AS A CAUSE OF ACTION BROUGHT BY ANY PERSON ARISING FROM ANY OF THE ACTS ENUMERATED IN THE SECTION THE COURT MAY EXCERISE PERSONAL JURISDITION OVER ANY NONRESIDENT.

(1) TRANSACTS ANY BUSINESS OR PREFORMS ANY CHARACTER OF WORK OR SERVICE IN THE STATE.

(2) CONTRACTS TO SUPPLY SERVICES OR THINGS IN THE STATE.

(3) CAUSES TORTIOUS INJURY IN THE STATE.

(6) CONTRACTS TO INSURE OR ACT SURETY FOR OR ON ANY PERSON, PROPERTY RISK, CONTRACT, OBLIGATION OR AGREEMENT

LOCATED EXCUTED OR TO BE PREFORMED WITHIN THE STATE AT THE TIME THE CONTRACT IS MADE, UNLESS PARTIES

PROVIDE OTHERWISE IN WRITING.

THE DEFENDANTS, HAD CONTRACTUAL CONTACT AND AGREED TO DO BUSINESS, WITH THE FOLLOWING DELAWARE BASED DOCTORS AND MEDICAL FACILITIES.

(1) DR.WILLIAM ATKINS JR. MD.,1700 WAWASET ST. WILMINGTON,DE.
(2) DR.PAWN ROSTOGI, MD. 1306 N. BROOM ST. WILMINGTON, DE.
(3) DR.DAMEN CARRY, MD. 1700WAWASET ST. WILMINGTON, DE.

THE FOLLOWING MEDICAL FACILITIES

(1) DYNAMIC PHY. THERPY AND REHAILITATION, 1707 FAULK ROAD.WILMINGTON,DE.
(2) DELAWARE DIAGNOTIC AND REHAILITATION, 1700 WAWASET ST WILMINGTON, DE.
(3) PRO PHY. THERPY AND REHAILITATION,WILMINGTON, DE.
(4) DELAWARE IMAGING BRANDYWINE MRI, 3206 CONCORD PIKE,WILMINGTON,DE.

THE DEFENDANTS, ALSO CONTRACTED WITH THE PLAINTIFF,TO FILE SUIT AGINST HER, LANDLORD,FOR AN ACCIDENT WHICH OCCURED IN DELAWARE. THE DEFENDANT ALSO HAD A BUSINESS MEETING WITH PLAINTIFF, ON DEC.9,2007. AT HARRY SEAFOOD, LOCATE AT 101 S. MARKET ST. WILMINGTON, DE. THE DEFENDANTS,BY TRANSACTING BUSINESS WITH THE DELAWARE BASED DOCTORS AND MEDICAL FACILITIES ON NUMEROUS OCCASIONS. THEIR BUSINESS ACTIONS FALL UNDER THE DELAWARE LONG ARM OF THE LAW,10 DEL.C.3104(C)(1)(6).WHICH GIVES THE COURT PERSONAL JURISDICTION OVER THE DEFENDANTS.

STATUTORY AND CONSTITUTIONAL, REQUIREMENTS MUST BE MET.STATUTARY REQIREMENT HAS BEEN MEET UNDER 10 DEL.C.3104 (c)(1)(6).CONSTITUTIONAL REQUIRMENT THE DEFENDANTS,AVAILED THEMSELVES OF THE PRIVLEDGE OF CONDUCTING, AND CONTRACTING BUSINESS AGREEMENTS,ACTIVITES WITHIN THE STATE OF DELAWARE. THREE DOCTORS AND FOUR MEDICAL FACILITIES THUS INVOKING THE BENFITS AND PROTECTIONS OF ITS LAW. "HANSON V.DENCKLA,357 U.S.235, 2 L.ED.2D 1283,78 S.CT.1228(1958)

THE PLAINTIFF, STATED A CLAIM FOR RELIEF IN THE AMENDED COMPLAINT.

<u>FRAUD;</u> A LIE.(MISREPRESENTATION)THE DEFENDANTS LIED ABOUT BEING LICIENCD TO PRACTICE LAW IN DELAWARE.THE LAWYER KNOWS THE COVER-UP IS FALSE.THE LAWYER INTENDS FOR CLIENT RELY ON THE LIE.PAINTIFF RELYED ON THE DEFENDANTS LIE,BY MAKING THE MISTAKE OF TRUSTING HIM TO FILE HER CASE IN A TIMLY MANNER.PLAINTIFF WAS DAMAGED BY THE DEFENDANTS LIE.PLAINTIFF HAS BEEN LEFT TO PAY ALL MEDICAL EXPENSES THE DEFENDANTS CONTRACTED WITH DOCTORS AND MEDICAL FAILITIES TO PAY.THE PLAINTIFF'S CREDIT HISTORY IS DESTROYED. THE PLAINTIFF CAN NOT SUE HER LANDLORD BECAUSE STATUTE OF LIMATIONS HAS RUN.

<u>BREACH OF FIDUCIARY DUTY;</u> FOUR ELEMENTS MUST BE PROVEN. <u>DUTY; MODEL RULES OF PROFFESSIONAL CONDUCT; ARTICLE 1. CLIENT‡LAWYER RELATIONSHIP; RULE 1.1</u> COMPETECE; A LAWYER SHALL PROVIDE COMPETENT

2

SKILL,THOROUGHNESS AND PREPARATION REASONABLY NECESSARY FOR THE REPRESENTATION.
         NEEDLESS TO SAY THE DEFENDANTS DID NOT PROVIDE COMPETENCE REPRESENTATION.

         RULE 1.3;DIIGENCE; A LAWYER SHALL ACT WITH REASONABLE DILIGENCE
         AND PROMPTNESS IN REPRESENTING A CLIENT.
         THE DEFEDANTS ALLOWINGING THE STATUTE OF LIMATIONS TO RUN IS A
         CLEAR VIOLATION OF A RULE.
         CAUSATION;LAWYER'S BREACH OF THE FIDUCIARY DUTY CAUSED PLAINTIFF LOSS.
         NOT BEING ABLE TO COLLECT ANY MONIES, FROM THE ACCIDENT,AND BEING FORCED
         TO PAY MEDICAL BILLS.

         LEGAL MALPRACTICE;FOUR ELEMENTS MUST BE PROVEN;1.DUTY;ATTORNEY-CLIENT
         RELATIONSHIP EXISTED,PLAINTIFF PROVED THAT IN HER COMPLAINT.
         2.BREACH;DEFENDANTS BREACHED THEIR DUTY TO PLAINTIFF,BY NOT ACT-
         IN COMPETENTLY.
         3.CAUSATION;PROVE ATTORNEY NEGLEGENCE CAUSED PLAINTIFF LOSS.PLAINTIFF
         HAS ALREADY STATED THE LOSS SUFFERD AT THE HANDS OF THE DEFENDANTS.
         4. DAMAGES;PLAINTIFF HAS BEEN SEVERLY DAMAGED BY DEFENDANTS.
         PLAINTIFF HAS BEEN HOSIPITLIZED FOR OVER FOUR DAYS.AS A RESULT OF
         EMOTIONAL AND MENTAL STRESS.DUE,TO THE TRUMA OF THE DEFENDANTS
         LOSING THE SLIP AND FALL CASE AGINIST PLAINTIFF'S MULTI-MILLIOMAIRE
         LANDLORD,VLADIMIR KARPOV.THE PLAINTIFF ALSO WAS IN WILMINGTON'S
         HOSIPITAL FOR A SECOND TIME.INTENSIVE CARE.(CAN PROVIDE DOCUMENTS
         FOR COURT UPON DEMAND).

         IN PLAINTIFF'S AMENDED COMPLAINT,DATED FEB 11,2008.PLAINTIFF
         SIGNED THE SUMMONS,AND THE COMPLAINT THE SHERRIFF'S OFFICE WILL
         EFFECT SERVICE OF PROCESS DUE BY LAW TO, THE DEFENDANT'S.


                         DAMAGES


         STATUTORY DAMAGES;TRIPLE DAMAGESIN CASES OF INTENTIONAL MISCONDUCT.
         DEFENDANTS. COMMITTED FRAUD BY MISREPRESENING HIMSELF AS A DLAWARE
         LICIENCED ATTORNEY. PLAINTIFF'S RELIANCE IN HIS LIE, CAUSED PLAINTIFF

                             3

TO LOSE HER CASE.ALSO, AS STATED IN PLAINTIFF'S AMENDED COMPLAINT
DEFENDANTS REFUSED TO GIVE PLAINTIFF, HER FILE, SO PLAINTIFF COULD
REPRESENT HERSELF PROPERLY.(DOCUMENT REQUESTING FILE,SEE AMENDED
COMPLAINT)DEFENDANTS ARE REQUIRED BY LAW TO GIVE A CLIENT THEIR
FILE.ANOTHER INTENTIONAL MISCONDUCT.

ACTUAL DAMAGES;(ALSO CALLED COMPENSATORY DAMAGES)IF A CLIENT LOSES A
PERSONAL INJURY CASE BECAUSE, ATTORNEY FAILED TO FILE IT BEFORE THE
STATUTE OF LIMITATIONS EXPIRED,ACTUAL DAMAGES WOULD BE THE AMOUNT THE
JURY WOULD HAVE AWARDED IF CASE HAD WENT TO TRAIL.
THE DEFENDANTS INACTION ON PLAINTIFF'S CASE, WAS THE REASON PLAINTIFF
LOST THE CASE.THE DEFENDANS ALLOWED STATUTE OF LIMITATIONS TO RUN OUT.

EMOTIONAL DISTRESS;THESE DAMAGES ARE RECOVERABLE ONLY IN A CLAIM  FOR
INTENTIONAL WRONGDOING;SUCH AS FRAUD.THE DEFENDANT'S LIE ABOUT BEING
LICIENCED TO PRACTICE LAW IN DELAWARE,CONSTITUTES INTENTIONAL MISCONDUCT.
ALSO,AS STATED EARLIER,PLAINTIFF'S FILE WAS DENIED HER.AS,A LEGAL
PROFESSIONAL'S.DEFENDANT'S KNEW PLAINTIFF HAD A LEGAL RIGHT TO HER
FILE.DEFENDANT'S KNEW PLAINTIFF WAS SUING THEM,THEY STILL ILLEGALLY
WITHELD PLAINTIFF'S FILE. INTENTIONAL MISCONDUCT.


CONCLUSION
THE KNOWLEDGE THAT THE DEFENDANTS,COULD HAVE RETAINED A SEPARATE DE.
COUNCIL,OR BECOME ADMITTED PRO HAC VICE,WHICH DELAWARE ALLOWS FOR
ATTORNEYS NOT MEMBERS OF THE DELEWARE BAR,AND THEY CHOSE TO DO
NOTHING AT ALL FOR THE PLAINTIFF,THEIR CONDUCT IS IRREHENSIBLE,
INEXCUSEABLE,AND A TRAVESTY,


PLAINTIFF BEGS THE COURT FOR REIEF OF $150,000,000.FOR ANY OR ALL OF
THE ABOVED MENTIONED DAMAGES.


*Sylver L Brooks*
2-21-08

4

Edward J. Quinn
Michael P. Quinn
Raymond C. Geary

FAX: 215-563-2642

Attorneys at Law
SUITE 1430
LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110

215 563-5143

(EXHIBIT I)

Joseph B. Quinn
1931-1981

OUR FILE NO.

June 29, 2005

Diagnostic Imaging Associates
3206 Concord Pike
Wilmington, DE 19803
Attention: Billing

RE:  Silver Brooks
     D/A:   10/16/02

Dear Sir or Madam:

Please be advised that the law firm of Quinn and Quinn will protect your bill for services rendered pursuant to Act 6 upon settlement of the above-captioned matter.

However, this agreement to protect your interest is conditional upon receiving all medical bills, reports and records within sixty days of treatment or services rendered or within thirty days after discharge from the doctors care.

If you have any questions please call my office. If this is not a claim involving a motor vehicle, then please disregard the Act 6 reference above.

Lastly, please note that this guarantee is also conditional upon the approval of my client, Silver Brooks, to make this agreement. I have received said permission.

I thank you.

Very truly yours,

Michael P. Quinn

MPQ/mgg

cc: Silver Brooks

For the District of Delaware

Sylver L. Brooks
  Plaintiff
  vs.
Quinn & Quinn Att. at Law
and Michael P. Quinn, Esquire

Civil Action
No. 08-00060 (SLR)

Certificate of Service

I, Sylver L. Brooks, Pro Se, hereby certify that on Feb 21, 2008. a copy of Plaintiff's motion to Strike motion to Dismiss, Amended Complaint was served by first class U.S. mail, postage prepaid on:

Nicholas E. Skiles
300 Delaware Av. #1130
Wilmington, DE 19899

Sylver L. Brooks
Pro Se
2-21-08