IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYLVER L. BROOKS, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | |
| vs. | : | No.  08-00060 (SLR) |
| | : | |
| QUINN & QUINN, Attorneys at Law, and<br>MICHAEL P. QUINN, ESQUIRE, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS QUINN & QUINN AND MICHAEL P. QUINN'S
RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Quinn & Quinn and Michael P. Quinn, Esquire, by and through their attorneys, hereby respond to Plaintiff's Motion to Strike the Motion to Dismiss the Amended Complaint filed by defendants.

Although captioned a Motion to Strike,  plaintiff's pleading purports to respond  to Defendants' Motion to Dismiss the Amended Complaint.  Accordingly, defendants assume that the pleading is actually a response to the Motion to Dismiss.  If defendants are incorrect, they will file a response to the Motion to Strike accordingly.

SWARTZ CAMPBELL LLC

*/s/Nicholas E. Skiles*
Nicholas E. Skiles, Esquire (I.D. #3777)
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendants

DATED: February 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVER L. BROOKS, | : |
| | : |
| Plaintiff, | : Civil Action |
| | : |
| vs. | : No. 08-00060 (SLR) |
| | : |
| QUINN & QUINN, Attorneys at Law, and | : |
| MICHAEL P. QUINN, ESQUIRE, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Nicholas E. Skiles, Esquire, counsel for defendants, Quinn & Quinn and Michael P. Quinn, Esquire hereby certify that on this 29th day of February, 2008, I electronically filed Defendants' Response to Plaintiffs' Motion to Strike with the Clerk of the Court and served upon all parties listed below by first class U.S. mail, postage prepaid:

Sylver L. Brooks
46 Court Drive, Apt. B
Wilmington, DE 19805

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles*
Nicholas E. Skiles, Esquire (I.D. #3777)
300 Delaware Avenue, Suite 1130
P. O. Box 330
Wilmington, DE 19899
(302) 656-5935
Attorneys for Defendants