IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYLVER L. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-60-SLR |
| | ) |
| QUINN & QUINN, Attorneys at Law | ) |
| and MICHAEL P. QUINN, Esquire, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 15t day of April, 2008, plaintiff appearing pro se and, having been granted leave to proceed without prepayment of fees; and the court's having screened the case pursuant to 28 U.S.C. § 1915 (D.I. 4);

IT IS ORDERED that:

1. Defendants' motion to dismiss is **denied** without prejudice as premature. (D.I. 6.)

2. Plaintiff's motion to strike defendant's motion to dismiss is **denied** as moot. (D.I. 8.)

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided to the clerk of the court **original** "U.S. Marshal-285" forms for **defendants. Plaintiff has also provided the court with copies of the complaint and the amended complaint (D.I. 2, 5) for service upon defendants.**

4. The United States Marshal shall forthwith serve a copy of the complaint, amended complaint, and this order upon defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

5. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

                                              /s/ Sue L. Robinson
                                              UNITED STATES DISTRICT JUDGE