U.S. DISTRICT COURT
for the DISTRICT OF DELAWARE

SYLVER L. BROOKS                             CASE # 08-60 SLR
        PLAINTIFF                            JUNE 13, 2008

        V.

QUINN & QUINN ATT. AT LAW, AND
MICHAEL P. QUINN, DEFENDANTS

            RESPONSE to MOTION TO DISMISS

On this day of June 13, 2008, I, Sylver L Brooks, have filed to have Quinn & Quinn Att at Law, Michael P. Quinn, Esquire, served the Amended Complaint by Sheriff Service, as per Rules of Civil Procedure of U.S. District Court.

                                    Sylver L Brooks
                                    SYLVER L BROOKS
                                        Plaintiff

*Sent by mail*

## CERTIFICATE OF SERVICE

Nicholas E. Skiles
Swartz Campbell LLC
919 Market Street
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

I, SYLVER L BROOKS, has served, NICHOLAS E. SKILES. Response to motion to dismiss. ON June 13, 2008, IN United States District Court of Delaware.

*Sylver L Brooks*
SYLVER L BROOKS