FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2009 JUN 15  AM 11: 21

38

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SYLVER L. BROOKS
   PLAINTIFF

V.

QUINN & QUINN, ATT. LAW
AND MICHAEL P. QUINN, ESQUIRE
   DEFENDANTS

CIVIL ACTION

NO. 08-00060 SLR/MPT
(SLR)

1. WHY DID DEFENDANTS TAKE PLAINTINTIFF'S CASE, WHEN DEFENDANTS WERE NOT LICIENCED TO PRACTICE LAW IN DELAWARE? (EXBIT 1+6)

   ANSWER

2. WHY DID DEFENDANTS ALLOW THE STATUE OF LIMATIONS TO RUN OUT CAUSING PLAINTIFF TO LOSE HER CASE?

   ANSWER

3. WHY DID MY DEFENDANTS TELL ME MY CASE WOULD NEVER GO TO COURT?

   ANSWER

4. PLAINTIFF'S FORMER LANDLORD, VLADMIR KARPOV, (WHO IN JAIL FOR RAPING A CHILD) ALSO TOLD ME MY CASE WOULD NOT GO TO COURT. HE SAID "I'LL PAY YOUR LAWYER OFF, YOU'LL GET A SMALL AMOUNT OF MONEY, AND HE'LL GET THE BULK OF IT" IS THIS WHY YOU LET STATUE OF LIMATION RUN ON PLAINTIFFS CASE? (EXBIT 2)

ANSWER

5. WHEN STATUE OF LIMATIONS WAS RUNNING OUT, WHY DID DEFENDANT OFFER PLAINTIFF $15,000 TO SIGN OFF ON MEDICAL EXPENSE DEFENDANT'S PROMISED IN WRITING TO PAY? (EXBIT 3)

ANSWER

6. WHY HAVE DEFENDANTS TOLD MEDICAL CREDITORS, PLAINTIFF'S CASE WAS SETTLED MANY YEARS AGO, CASUING PLAINTIFF'S CREDIT TO BE RUINED, BECAUSE CREDITORS HAVE REPORTED PLAINTIFF'S LACK OF PAYMENT TO COLLECTIONS? (EXBIT 4+5)

ANSWER

RESPECTFULLY;

SYLVER L. BROOKS

*Sylver L. Brooks*

*Sylver L. Brooks*

DATED: JUNE 15, 2009



Exbit 1

| | | |
|---|---|---|
| *Edward J. Quinn*<br>*Michael P. Quinn* | LAND TITLE BUILDING<br>100 SOUTH BROAD STREET<br>PHILADELPHIA, PENNSYLVANIA 19110 | *Joseph B. Quinn*<br>1931-1981 |
| FAX: 563-2642 | 215-563-5142 | OUR FILE NO. |

November 12, 2004

Ms. Sylver Brooks
46 Court Drive, Apt. "B"
Wilmington, DE 19805

      RE: **Premise Liability**
           **D/A: 10-11-04**

Dear Ms. Brooks:

    May I take this opportunity to thank you for requesting this office to represent you.

    We have already started working on your case and will attempt to reach a satisfactory and fair conclusion in this matter at as early a date as possible.

    **It is important that you do not discuss this case with anyone and you should not sign any papers relating to this matter as well.**

    If someone should telephone you concerning this case, simply tell them to call us and if you receive any mail, forms, or correspondence concerning this case, send it to us immediately. You are requested to notify us immediately if you should change your address while this matter is still pending.

    Please keep in touch with us regarding your treatment status so that we may continue to gather the records as your case progresses.

    I wish to assure you that we consider it a privilege to serve you and that we shall give you the very best legal service possible in this and any other matters you may refer to us.

                                Very truly yours,

                                  MICHAEL P. QUINN, ESQUIRE

MPQ/sep

EXBIT 2

# Child-sex suspect nabbed in California

By TERRI SANGINITI
The News Journal

The 1999 Buick Century with the North Carolina license plate stood out in the parking lot of 10-room Ripon Motel, an establishment frequented mostly by locals in the small California town.

So the Ripon police officer doing routine motel checks early Tuesday morning ran a computer check on the tag and discovered it was reported stolen in North Carolina, Ripon police Sgt. Ed Ormonde said.

The officer called for backup and tried to locate the vehicle's operator, who happened to be walking across the parking lot as they approached.

Ormonde said Vladimir Karpov, 50, of Newark, Del., pointed out the car as his to the officers, who charged him with possession of stolen property.

Karpov, as it turned out, was also wanted in Delaware on 50 counts of felony first-degree rape and felony continual sex abuse of a child, state police Cpl. Jeff Whitmarsh said.

A search uncovered a bundle of $14,800 in cash in a pants pocket.

The officers also found a loaded Sig Sauer semi-automatic handgun in the car's trunk, along with Karpov's passport and other documents "that led them to believe he might be wanted in Delaware," Ormonde said.


Vladimir Karpov adopted and abused a young girl from the Ukraine, police say.

Karpov was being held without bail in the San Joaquin County Jail on charges of carrying a loaded firearm, possession of a loaded firearm by a convicted person, receiving stolen property and being a fugitive from justice.

Whitmarsh said detectives began investigating Karpov in June after being alerted by New Jersey authorities who were looking into allegations that the Delaware man had sexually assaulted a girl in his care.

Whitmarsh said an investigation revealed that Karpov, a Ukrainian immigrant, went to the Ukraine in 1999 and adopted a 7-year-old girl who was in the care of a family he knew there. "He said he would bring her to the United States," Whitmarsh said.

The Ukrainian family who had cared for the girl subsequently relocated to the United States and settled in New Jersey. Once there, they contacted Karpov and asked if the girl could come for a visit.

When the girl, who is now a teenager, arrived for a stay with the family, she told them that Karpov had abused her sexually, Whitmarsh said. The family contacted the state's Family Services and obtained an emergency custody order allowing the girl to stay with them. Family Services also contacted the state police in Delaware about the allegations.

Karpov, meanwhile, took off, Whitmarsh said. "We put a freeze on his passport because we knew he had the financial means to flee," Whitmarsh said.

Ormonde said that when officers questioned Karpov in California this week, he told them he was on his way to San Francisco, 90 miles west of Ripon.

"He did make some comments that he was wanted for crimes he didn't commit," Ormonde said. "If he went to a different motel and blended in better, he probably wouldn't have been located by our officers."

*Staff reporter Andre L. Taylor contributed to this story.*
*Contact Terri Sanginiti at 324-2771*



## Quinn & Quinn
### Attorneys at Law

Edward J. Quinn
Michael P. Quinn
Raymond C. Geary

FAX: 215-563-2642

SUITE 1430
LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110

215-563-5142

Joseph B. Quinn
1931-1981

OUR FILE NO.

June 29, 2005

Diagnostic Imaging Associates
3206 Corcord Pike
Wilmington, DE 19803
Attention: Billing

**RE:   Silver Brooks**
**D/A:   10/16/02**

Dear Sir or Madam:

Please be advised that the law firm of Quinn and Quinn will protect your bill for services rendered pursuant to Act 6 upon settlement of the above-captioned matter.

However, this agreement to protect your interest is conditional upon receiving all medical bills, reports and records within sixty days of treatment or services rendered or within thirty days after discharge from the doctors care.

If you have any questions please call my office. If this is not a claim involving a motor vehicle, then please disregard the Act 6 reference above.

Lastly, please note that this guarantee is also conditional upon the approval of my client, Silver Brooks, to make this agreement. I have received said permission.

I thank you.

Very truly yours,

Michael P. Quinn

MPQ/mgg

cc: Silver Brooks





EXBIT #4

(215) 457-7703
(800) 887-7788

Fax: (215) 457-6970
Fax: (800) 750-3402

481 North Broad Street
Philadelphia, PA 19141

Servicing Pennsylvania, New Jersey and Delaware

Date: 4-14-09

**2ND REQUEST**
WE HAVE TO AGAIN REMIND YOU OF THIS OVERDUE ACCOUNT. PLEASE SEND US PAYMENT TODAY.

Sylver Brooks
46 Court Dr. #B
Wilmington, DE 19805

D.O.I: 10-11-04

Billed Amount: $ 1,322.64

Dear MS. BROOKS:

　　PLEASE BE ADVISED WE HAVE NOT YET RECEIVED PAYMENT FOR SERVICES RENDERED. WE DO NOT HAVE ANY INSURANCE FOR YOU AND YOUR ATTORNEY SAID YOUR CASE SETTLED MANY YEARS AGO. PLEASE BE ADVISED IF THIS CLAIM REMAINS UNPAID, YOUR ACCOUNT COULD GO INTO COLLECTIONS. IF YOU WOULD LIKE TO BE PLACED ON A PAYMENT PLAN, CONTACT ME AT 800-887-7788 ext 113.

THANK YOU FOR YOUR COOPERATION.

Sincerely,

*Cheryl Cook*

CHERYL COOK
Billing specialist.
EXT 113



Accredited by:


EXBITS

## SUMMARY ACCOUNT STATEMENT BILLED AMOUNT
All Outstanding Invoices Included

| Customer | : Sylver Brooks<br>46 Court Dr #B<br>Wilmington, DE 19805<br>(302)994-5608 | Company | : BONEL MEDICAL EQUIPMENT<br>4817 N. Broad Street<br>Philadelphia, PA 19141<br>215-457-7703 |
|---|---|---|---|

Account : 47523

| Invoice No. | Date | Item | Description | Billed | Payment | WriteOff | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|
| 72467 | 8/6/2005 | E0730 | TENS - FOUR LEAD | 625.00 | 0.00 | 0.00 | 0.00 | 625.00 |
| 72728 | 9/6/2005 | A4596 | Electrodes, reusable 20 PAIR | 224.80 | 0.00 | 0.00 | 0.00 | 224.80 |
| 72728 | 9/6/2005 | supplies20a | Skin Barrier pads | 10.45 | 0.00 | 0.00 | 0.00 | 10.45 |
| 72728 | 9/6/2005 | supplies20b | 9 Volt battery | 9.29 | 0.00 | 0.00 | 0.00 | 9.29 |
| 72728 | 9/6/2005 | supplies20c | Shipping costs | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 |
| 75462 | 10/6/2005 | A4596 | Electrodes, reusable 20 PAIR | 224.80 | 0.00 | 0.00 | 0.00 | 224.80 |
| 77235 | 11/6/2005 | A4596 | Electrodes, reusable 20 PAIR | 224.80 | 0.00 | 0.00 | 0.00 | 224.80 |
| **Account Totals:** | | | | 1,322.64 | 0.00 | 0.00 | 0.00 | 1,322.64 |

## FEE AGREEMENT

I/WE **Sylver Brooks** do hereby retain Law Offices of QUINN AND QUINN to represent me/us for personal injuries sustained as a result of an accident that occurred on **October 11**, 20**04**.

The Law Firm shall be entitled to an attorney fee of either **35%** of the gross settlement with no trial, or **40%** if litigation is commenced by suit or summons. I/We will be responsible to pay from my/our portion of the settlement or verdict the litigation and/or investigation expenses incurred, including filing fees, investigation, experts, medical records or copying fees, photographs. Lastly, a charge for long distance, copies and postage will be deducted in the amount of $200.00

If there is no settlement or recovery by the Law Firm, the I/We will **Not** be responsible or obligated to pay either any attorney fee for time spent or reimburse the Firm for any expenses or costs involved in the litigation.

I/We hereby agree to offer my/our full cooperation to the attorney to bring this matter to a swift conclusion and hereby swear and affirm that all of the information provided during the initial interview and at all times thereafter know it to be true and correct and accurate to the best of my/our knowledge, information and belief. I/We hereby authorize the Law Firm to deposit checks into escrow funds and to disperse the funds directly to the doctors, hospitals or any medical expenses involved for all medical bills incurred or related to the accident case as well as grant power of attorney to sign for medical or related records.

_____  (P) *Sylvan L. Brooks*
PARENT AND NATURAL GUARDIAN
OF THE ABOVE-CAPTIONED MINOR

*my copy*

Certificate of Service

I served these copies by 1st class mail on June 15, 2009 to;

Swartz & Cambell
Nicholas Skiles
300 Delaware Ave #1103
Wilmington DE 19890

DATED
JUNE 15, 2009

Sylver L. Brooks

Sylver L Brooks
3912 Lancaster Pk apt B
Wilmington DE 19805
(302) 995-2015